# Third District Court of Appeal

## State of Florida

Opinion filed April 13, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1127
Lower Tribunal No. 18-8898
_____

**Carlos Alvarez and Yamilka Cabrera,**
Appellants,

vs.

**People's Trust Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Your Insurance Attorney, PLLC, and Anthony M. Lopez, for appellants.

Cole, Scott & Kissane, P.A., and Mark D. Tinker and Mary Lou Cuellar-Stilo (Tampa); Brett Frankel and Jonathan Sabghir (Deerfield Beach), for appellee.

Before LOGUE, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed. <u>Arguello v. People's Tr. Ins. Co.</u>, 315 So. 3d 35, 40 (Fla. 4th DCA 2021) ("To adopt the insureds' construction of the policy would require us to add words to the policy language that '*only*' CONDITIONS C.7 and 8 of the Duties after Loss apply when the insurer exercises its option to repair."); <u>Hunt v. State Farm Fla. Ins. Co.</u>, 145 So. 3d 210, 211 (Fla. 4th DCA 2014) ("It is well settled in Florida that submission of a sworn proof of loss when required by an insurance policy is a condition precedent to coverage." (internal citations omitted)); <u>Am. Integrity Ins. Co. v. Estrada</u>, 276 So. 3d 905, 915 (Fla. 3d DCA 2019) ("[W]hen an insured fails to comply with a condition precedent before filing suit, the breach is deemed material and the insurer is relieved from its policy duties irrespective of prejudice.").